IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAUREN MARSH | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:24-cv-02566-ACR |
| MONTANA APOTHECARY, LLC d/b/a ALTSOL CRAFT CANNABIS | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT SECOND MOTION TO EXTEND TIME
### FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING

Plaintiff Lauren Marsh ("Plaintiff") and Defendant Montana Apothecary, LLC d/b/a AltSol Craft Cannabis ("Defendant"), through counsel, jointly file this Second Motion to Extend Time for Defendant to file a responsive pleading to Plaintiff's Complaint, and in support states:

1. Defendant's initial responsive pleading was due on October 15, 2024.

2. To allow Defendant additional time to investigate the allegations set forth within Plaintiff's Complaint, and with Plaintiff's Consent, Defendant filed a Motion seeking to extend time for Defendant to respond to Complaint.

3. On October 15, 2024, this Court entered an Order granting Defendant's Motion and extending Defendant's time to respond to Plaintiff's Complaint to October 29, 2024.

4. Counsel for the Parties have been engaged in discussions relating to certain allegations set forth within Plaintiff's Complaint that potentially raise a Conflict of Interest under the Rules of Professional Conduct that may require Plaintiffs' counsel to seek leave of this Court to withdraw as counsel on behalf of Plaintiff in this matter.

5.      A reasonable extension of Defendant's responsive pleading deadline will permit sufficient time for resolution of the above-referenced potential Conflict of Interest or Plaintiffs' counsel opportunity to seek leave of this Court to withdraw as counsel on behalf of Plaintiff without causing prejudice to Plaintiff or her claims.

6.      To satisfy the above-identified concern, avoid unnecessary prejudice to the Parties, and avoid further delay to this Court, the Parties jointly request this Court further extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint to Friday, December 6, 2024.

7.      This request is made jointly by the Parties in good faith and for the good cause shown herein and not for any dilatory purpose.

WHEREFORE, for the reasons stated above, the Parties jointly respectfully request this Court extend the deadline for Defendant to file a responsive pleading to Complaint to Friday, December 6, 2024.

Respectfully submitted,

/s/ Gregg C. Greenberg
Gregg C. Greenberg, DC Fed Bar No. MD17291
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: (301) 587-9373
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiff*

/s/ H. Mark Stichel
H. Mark Stichel, Esq. DC, Bar No. 503038
Laura L. Rubenstein, Esq., DC Bar No. 473309
RKW, LLC
10075 Red Run Boulevard, 4th Floor
Owings Mills, Maryland 21117
Telephone: (410) 783-3547
Fax: (410) 783-3530
E-Mail: hmstichel@rkwlawgroup.com
             LRubenstein@rkwlawgroup.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2024, a copy of the foregoing Motion to Extend Time to File Responsive Pleading and Proposed Order was sent via the courts electronic filing system to all counsel of record.

/s/ Gregg C. Greenberg
Gregg C. Greenberg